# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138766

FRANK VAN WULFEN,
      Plaintiff-Appellant,

v

MONTMORENCY COUNTY,
MONTMORENCY COUNTY DRAIN
COMMISSIONER,
      Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138766
COA: 281930
Montmorency CC: 04-000950-CC

_____/

On order of the Court, the application for leave to appeal the March 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720